NO. 07-04-0540-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 24, 2005

_____

EX PARTE JULIA ALAYNE BLACK
_____

FROM THE 46TH DISTRICT COURT OF HARDEMAN COUNTY;

NO. 9872; HONORABLE TOM NEELY, JUDGE

_____

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On May 9, 2005, the appellee filed a  Motion to Dismiss Appeal and by its letter of May 20, 2005, appellant, the Texas Department of Public Safety, has joined the Motion. No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.  Tex. R. App. P. 42.1.   All costs incurred are adjudged against the party incurring the same.


                                                        James T. Campbell
                                                        Justice